| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR RECORDER'S USE ONLY |
|---|---|---|
| ☒ RECORDING REQUEST BY AND RETURN TO:<br>JONATHAN C. HERZOG, ESQ.<br>HERZOG LAW GROUP<br>59 JOHN ST., STE 9B, NY, NY 10038 | (212) 732-3030 | |
| ☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

STREET ADDRESS: 450 GOLDEN GATE AVE.
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

PLAINTIFF: RLM PUBLIC RELATIONS, INC.

DEFENDANT: TALOHA, INC.

| WRIT OF | ☒ EXECUTION (Money Judgment) | CASE NUMBER: |
|---|---|---|
| | ☐ POSSESSION OF   ☐ Personal Property | CV 09 80 119 MISC |
| | ☐ Real Property | FOR COURT USE ONLY |
| | ☐ SALE | |

1. To the Sheriff or any Marshal or Constable of the County of: SAN FRANCISCO

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): RLM PUBLIC RELATIONS, INC.

   is the ☒ judgment creditor ☐ assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):

9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☒ This writ is issued on a sister-state judgment.
11. Total judgment .................................................. $ 46,112.02
12. Costs after judgment (per filed order or memo CCP 685.090) ............................ $ 0
13. Subtotal (add 11 and 12) ................................... $ 46,112.02
14. Credits .................................................................. $ 0
15. Subtotal (subtract 14 from 13) ........................ $ 46,112.02
16. Interest after judgment (per filed affidavit CCP 685.050) ................................................. $
17. Fee for issuance of writ ...................................... $
18. Total (add 15, 16, and 17) .................................. $
19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of .................. $

☐ additional judgment debtors on reverse

5. Judgment entered on (date): JUNE 8, 2009
6. ☐ Judgment renewed on (dates):

7. Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested (see reverse).
8. ☐ Joint debtor information on reverse.

20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

(SEAL)

Issued on (date): JUL 24 2009

Clerk, by _____ LASHANDA SCOTT _____, Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV 1/89

| SHORT TITLE: RLM PUBLIC RELATIONS, INC. v. TALOHA, INC. | CASE NUMBER CV 09 80 119 MISC |
|---|---|

**CONTINUED FROM FRONT:**
☐ Additional judgment debtor *(name and last known address)*:

☐ Notice of sale has been requested by *(name and address)*:

☐ Joint debtor was declared bound by the judgment (CCP 989-994)
a. on *(date)*:
b. name and address of joint debtor

a. on *(date)*:
b. name and address of joint debtor

c. ☐ additional costs against certain joint debtor: *(itemize)*:

☐ Judgment was entered for the following:
  a. ☐ Possession of personal property
     ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
  b. ☐ Possession of real property
  c. ☐ Sale of personal property
  d. ☐ Sale of real property
  e. Description of property

---

**- NOTICE TO PERSON SERVED -**

**Writ of execution or sale.** Your rights and duties are indicated on the accompanying Notice of Levy.

**Writ of possession of personal property.** If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**Writ of possession of real property.** If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

---

J-130 (REV. Jan. 1, 1989)      **WRIT OF EXECUTION**      Page two